# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

JOHN FRANKS,

       Plaintiff,                     :        Case No. 3:08-cv-025

                                     District Judge Thomas M. Rose
    -vs-                                Chief Magistrate Judge Michael R. Merz

                                :

MICHAEL J. ASTRUE,
  Commissioner of Social Security,

       Defendant.

## ORDER ADOPTING REPORT AND RECOMMENDATIONS

      The Court has reviewed the Report and Recommendations of United States Magistrate Judge Michael R. Merz (Doc. No. 13), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired on July 31, 2008, hereby ADOPTS said Report and Recommendations.

      It is therefore ORDERED that Defendant's Motion to Dismiss (Doc. No. 10) be, and it hereby is, denied.

August 5. 2008.                        **\*S/THOMAS M. ROSE**

                                                Thomas M. Rose
                                          United States District Judge